# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00126-CR

**Ex parte Scottie Dean Lambert**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NO. 04-498-C277, HONORABLE SAM ROBERTSON, JR., JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant's motion to dismiss this appeal is granted.  *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed:   April 29, 2005

Do Not Publish